UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Margots Kapacs,

        Plaintiff,

Case No. 16-cv-2709 PJS/FLN

v.

ORDER

Wolf, Rohr, Gemberling & Allen, P.A.,

        Defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 20, 2016, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. This action is SUMMARILY DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The application to proceed *in forma pauperis* of plaintiff Margots Kapacs [ECF No. 2] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 11/16/16

    s/Patrick J. Schiltz
    PATRICK J. SCHILTZ
    United States District Court Judge